# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TONGLIN WANG, a foreign person,

    Plaintiff/Counter-Defendant,

vs                                                         Case No. 12-14283
                                                              Hon. Sean F. Cox

LIGHTSPEED ENVIRONMENTAL LTD., a Canadian
corporation, UNICELL BODY COMPANY, INC.,
a New York corporation, UNICELL LIMITED, a
Canadian corporation, AUTOMOTIVE SUPPORT
GROUP, LLC, d/b/a ASG RENAISSANCE, a
Michigan limited liability company, DAVID TARRANT,
an individual Michigan resident, ROGER J. MARTIN,
an individual Canadian resident, KIM KING, an
individual Michigan resident and HONG MILLER,
an individual Michigan resident,

    Defendants.

and

LIGHTSPEED ENVIRONMENTAL, INC., a
Delaware corporation,

    Counter-Plaintiff/Defendant.

| | |
|---|---|
| BENJAMIN FAN WU (P70946)<br>BUTZEL LONG, P.C.<br>Co-counsel for Plaintiff Tonglin Wang<br>150 W. Jefferson, Suite 100<br>Detroit, MI 48226<br>(313) 225-7080<br>wu@butzel.com<br><br>RICHARD E. RASSEL (P57540)<br>WAYNE WALKER (P51290)<br>WILLIAMS, WILLIAMS, RATTNER &<br>   PLUNKETT, P.C.<br>Co-counsel for Plaintiff Tonglin Wang<br>380 N. Old Woodward, Suite 300<br>Birmingham, MI 48009<br>(248) 642-0333  rer@wwrplaw.com | TODD A. HOLLEMAN (P57699)<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Attorney for Defendants Lightspeed Environmental, Inc.,<br>Unicell Body Company, Inc., Automotive Support<br>Group, LLC, David Tarrant, Kim King, and Hong Miller<br>150 W. Jefferson, Ste. 2500<br>Detroit, MI 48226<br>313-496-7668<br>holleman@millercanfield.com |

## ORDER DISMISSING COMPLAINT AND COUNTER-CLAIMS WITHOUT PREJUDICE

This matter having come before the Court on Plaintiff's Motion requesting an Order to compel parties to mediation and for extension of discovery and other dates and Defendants' Motion to compel discovery, the Court being fully advised in the premises, and

WHEREFORE the Court having held a hearing in open court on the pending Motions referenced above on July 24, 2014;

WHEREFORE, the Court having directed at the hearing that Plaintiff present himself in person for mediation with Michael Sapala or other mutually agreeable mediator and, if mediation is unsuccessful, for a deposition at Defendant's counsel's office on or before August 22, 2014;

WHEREFORE, Plaintiff has not appeared for mediation or deposition as directed; and

WHEREFORE, Defendants have agreed to dismiss, without prejudice, their pending counterclaims.

IT IS HEREBY ORDERED that Plaintiff's Complaint and Defendants' counterclaims are dismissed without prejudice.

Dated:  August 25, 2014        s/ Sean F. Cox
                               Sean F. Cox
                               U. S. District Judge